UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALI CROSS,

                Plaintiff,

   v.

FEDERAL BUREAU OF INVESTIGATIONS, et al.,

                Defendants.

Case No. 2:24-cv-01384-LK-TLF

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO IFP APPLICATION

    This matter comes before the Court on plaintiff's motion for extension of time. Dkt. 3. On August 28, 2024 plaintiff filed a proposed civil rights complaint. Dkt. 1. On August 30, 2024 the Clerk's Office notified that his filing was deficient because neither paid the filing fee nor filed an application to proceed *in Forma Pauperis* ("IFP"). Dkt. 2. Plaintiff was given until September 30, 2024 to correct his IFP application. *Id*. On September 12, 2024 plaintiff filed a motion for extension of time to respond "to respond to Application to Proceed in Forma Pauperis," alleging that King County Jail does not have a legal library or legal clerk and he is in segregation without legal counsel. Dkt. 3.

    Accordingly, it is ORDERED:

1. Plaintiff's motion (Dkt. 3) is GRANTED;

2. Plaintiff shall pay the filing fee or submit an application to proceed IFP by November 26, 2024.

ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO IFP APPLICATION - 1

Dated this 29th day of October, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO IFP APPLICATION - 2